WALTER H. BEANS, Appellant, v. JOHN CALVIN McKNIGHT and Others, Defendants. JACK ABRAMS, Respondent.— Order directing discontinuance of action to foreclose tax lien upon payment of the sum therein stated affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

BROWNSVILLE SOUTH REALTY COMPANY, Respondent, v. BAYWAY BUILDING CORPORATION and Others, Defendants. LORRAINE WOODWORKING CO., INC., and Others, Respondents, and BROWNSVILLE LUMBER Co., INC., Appellant.— Order denying appellant's motion to be relieved as purchaser affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur.

JOHN F. CALLAGHAN, Respondent, v. BROOKLYN DAILY EAGLE, Appellant.— Order denying defendant's motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur.

ANNA D. CANTOR, Appellant, v. MAX CANTOR and Others, and ARTHUR CANTOR, as Trustee, etc., of ISRAEL R. CANTOR, Deceased, Respondents, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Rich, Hagarty and Carswell, JJ., concur; Kapper, J., dissents.

ALBERT L. CARR, Respondent, v. BROOKLYN DAILY EAGLE, Appellant.— Order denying defendant's motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur.

RICHARD P. CARRIGAN, Respondent, v. LONDON TAXI CORPORATION, Appellant, and CHARLES CAMPBELL, Defendant.— Judgment and order denying motion to set aside the verdict and for a new trial unanimously affirmed, with costs. The evidence as to the injury to plaintiff's eyes was given without objection. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ROCCO DI NAPOLI, Appellant, v. JAMES GALGANO and Others, Respondents.— Judgment and order of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.